FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0509

:::::::::::::::::::::::::::::::::::::::::::::::::::::::

ROBERT WINKOWITSCH

                 Appellee,

   -vs-

GLACIER ELECTRIC
COOPERATIVE, INC.,

                Appellant.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING UNOPPOSED MOTION OF APPELLANT GLACIER ELECTRIC COOPERATIVE, INC. FOR AN EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

Appellant Glacier Electric Cooperative, Inc. having moved in accordance with Rule 26(1), M.R.App.P., for an extension of time of thirty (30) days, up to and including April 26, 2023, within which to file and serve its opening brief, and the motion being unopposed,

IT IS HEREBY ORDERED that the motion is granted; Appellant's opening brief in this matter is now due on April 26, 2023.

Dated this __ day of March, 2023.

_____

Bowen Greenwood
Clerk of the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 23 2023